UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CONSUMER VEHICLE DRIVING DATA
TRACKING LITIGATION                                                                                       MDL No. 3115

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On June 7, 2024, the Panel transferred 7 civil action(s) to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2024). Since that time, no additional action(s) have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Thomas W. Thrash, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of June 7, 2024, and, with the consent of that court, assigned to the Honorable Thomas W. Thrash, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 18, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

ATTEST: A TRUE COPY
CERTIFIED THIS

Date: Jun 18 2024

KEVIN P. WEIMER, Clerk

By: /s/Benjamin G. Thurman
Deputy Clerk

IN RE: CONSUMER VEHICLE DRIVING DATA  
TRACKING LITIGATION                                                                         MDL No. 3115

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 1 | 24−00648 | Parton v. General Motors LLC et al |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 24−02978 | Christopher Valencia v. General Motors LLC et al |
| CAC | 2 | 24−03515 | David Garcia, III v. General Motors LLC et al |
| CAC | 2 | 24−04030 | Nathaniel Haiden v. General Motors LLC et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 24−02540 | Smith, Jr. v. General Motors, LLC et al |
| **MICHIGAN EASTERN** | | | |
| MIE | 2 | 24−11004 | Carnine et al v. General Motors LLC et al |
| MIE | 2 | 24−11062 | Cogle v. General Motors, LLC et al |
| MIE | 2 | 24−11119 | Lima v. General Motors LLC et al |
| MIE | 2 | 24−11153 | Laursen v. General Motors, LLC et al |
| MIE | 2 | 24−11194 | Drews et al v. General Motors LLC et al |
| MIE | 2 | 24−11221 | Martinez, Jr. et al v. General Motors, LLC et al |
| **MINNESOTA** | | | |
| MN | 0 | 24−01517 | Behm v. General Motors LLC et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 24−03203 | Davids et al v. General Motors LLC et al |